IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER RAY LOGGINS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:08-1119 |
| | ) | Judge Nixon |
| v. | ) | Magistrate Judge Brown |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Magistrate Judge Brown issued a Report and Recommendation ("Report") (Doc. No. 17) recommending that this case be denied without prejudice for failure to prosecute. Plaintiff has not filed a motion for judgment in this case. Accordingly, the Court hereby **ACCEPTS** the Magistrate's Report and **DISMISSES** this action **without prejudice**.

It is so ORDERED.

Entered this ___28___ day of May, 2009.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT